**Order entered March 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00065-CV

### JERRY CHAMBERS, ET AL., Appellants

### V.

### ALLSTATE INSURANCE COMPANY, Appellee

**On Appeal from the 422nd Judicial District Court
Kaufman County, Texas
Trial Court Cause No. 87353-422**

## ORDER

Before the Court is appellants' February 18, 2014 alternative motion to change this appeal into a petition for writ of mandamus. Subject to correction of the cause number listed on the trial court's December 3, 2013 order, it appears this Court has jurisdiction over this appeal.[1] Accordingly, we **DENY** appellants' motion as moot.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE

---

[1] In a letter dated March 10, 2014, the Court requested that appellants obtain an order nunc pro tunc with the correct trial court cause number.